# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 17-6294 PA (GJSx) | Date | September 6, 2017 |
|---|---|---|---|
| Title | Josephine Andres v. Target Corporation, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS - COURT ORDER

On August 29, 2017, the Court issued an order provisionally remanding this action to the Los Angeles County Superior Court as a result of procedural defects in the Notice of Removal. In its August 29, 2017 Order, the Court stayed the order remanding the action to provide the plaintiff with an opportunity to object to the remand and waive the procedural defects. Specifically, the plaintiff was directed to inform the Court in writing by August 29, 2017, if she objected to the remand. To date, despite the passage of the deadline set by the Court, the plaintiff has not waived the procedural defects. Accordingly, for the reasons stated in the August 29, 2017 Order, this action is remanded to the Los Angeles County Superior Court, Case No. BC589367.

IT IS SO ORDERED.